JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GLENN GELDER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>NUTRIBULLET, L.L.C., a California Limited Liability Company, CAPITAL BRANDS, L.L.C., a California Limited Liability Company, HOMELAND HOUSEWARES, L.L.C., a California Limited Liability Company, CALL TO ACTION, L.L.C., a California Limited Liability Company, NUTRILIVING, L.L.C., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-06126-DDP (GJSx)<br><br>District Judge: Hon. Dean D. Pregerson<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil

1  Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed
2  with prejudice as to all claims, causes of action, and parties, with each party
3  bearing that party's own attorney's fees and costs. The clerk is directed to close the
4  file.

6  Dated: August 17, 2021

_____
Judge Dean D. Pregerson
United States District Court Judge

- 2 -
ORDER RE: STIPULATION OF DISMISSAL